| | |
|---|---|
| Case No. 8:16-cv-226-JLS-JCGx | Date: May 2, 2017 |
| Title: Divine Dharma Meditation International Inc., et al. v. Institute of Latent Energy Studies | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                    Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ISSUED FOR FAILURE TO TIMELY FILE DOCUMENTS PURSUANT TO THIS COURT'S CIVIL TRIAL ORDER (Doc. 19)**

      The Final Pretrial Conference in this action is scheduled for May 5, 2017. (Scheduling Order, Doc. 18.)  This Court's Civil Trial Order sets forth the documents that the parties must file with the Court prior to the Final Pretrial Conference.  (Civil Trial Order, Doc. 19.)  These include the statement of the case, witness list, exhibit list, proposed voir dire, proposed jury instructions, and special verdict forms.  (*Id.* § C.2–7.) The aforementioned documents must be filed at least five (5) court days prior to the Final Pretrial Conference.  (*Id.*)  Other than proposed voir dire questions from the Plaintiffs, (Proposed Voir Dire, Doc. 38), the parties have yet to file these documents with the Court.  The Court notes that the parties were similarly late to file their memoranda of contentions of fact and law and proposed final pretrial conference order and only did so following an OSC issued by the Court.  (*See* OSC, Doc. 36; Mems. of Fact and Law, Docs. 37, 40; Pretrial Conf. Order, Doc. 39.)

      Therefore, the parties are hereby ORDERED to show cause, in writing, why sanctions should not be issued for their failure to comply with the Court's Civil Trial Order.  Along with their responses to this Court's OSC, the parties are further ordered to file their statement of the case, witness list, exhibit list, and any voir dire questions, jury instructions, or special verdict forms, no later than **tomorrow, Wednesday, May 3, 2017, at 5:00 p.m.**

                                                                Initials of Preparer:   tg