# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Divine Dharma Meditation International Inc., Thuan Duc Nguyen, and Beverly Ngoc Hai Nguyen,<br><br>    Plaintiffs,<br><br>  v.<br><br>Institute of Latent Energy Studies, and DOES 1 through 10,<br>    Defendant. | **Case No.: 8:16-cv-00226-DFM**<br><br>**JUDGMENT AGAINST PLAINTIFFS DIVINE DHARMA MEDITATION INTERNATIONAL INC., THUAN DUC NGUYEN, AND BEVERLY NGOC HAI NGUYEN**<br><br>Trial: September 18, 2018<br>Honorable Douglas F. McCormick |

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

# JUDGMENT

This action having been tried before the Court sitting with a jury, the Honorable Douglas F. McCormick, Magistrate Judge, presiding. On September 26, 2018, a jury returned a verdict in favor of Defendant Institute of Latent Energy Studies ("Defendant") in this action.

The issues having been duly tried and the jury having duly rendered a verdict.

IT IS ORDERED AND ADJUDGED that the Plaintiffs Divine Dharma Meditation International, Inc., Thuan Duc Nguyen, and Beverly Ngoc Hai Nguyen (collectively, the "Plaintiffs"), take nothing under this action, the action be dismissed on the merits with prejudice, and that the Defendant recover from the Plaintiffs its costs of action, taxed in the sum to be determined by Motion.

**IT IS SO ORDERED.**

Dated: September 28, 2018

_____
Honorable Douglas F. McCormick
United States Magistrate Judge